UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LABORERS PENSION TRUST FUND - DETROIT
& VICINITY, *et al,*

        Plaintiffs,

v.

Case No. 05-71995
Honorable PAUL D. BORMAN

H&H CONSTRUCTORS, INC., and
HB CONTRACTING SERVICE, INC., domestic
Michigan corporations, jointly and severally, and

INTERNATIONAL FIDELITY INSURANCE COMPANY,
a foreign corporation conducting business
in Michigan,

        Defendants, and

HURON VALLEY SCHOOLS,

        Garnishee Defendant.

_____/

### DEFAULT JUDGMENT AGAINST GARNISHEE DEFENDANT HURON VALLEY SCHOOLS

Judgment was entered against defendants H&H Constructors Inc. and HB Contracting Service Inc., jointly and severally, on September 29, 2006 for the sum-certain of $110,485.15. *See* docket item No.30. Plaintiffs filed a verified request and received a Non-Periodic Writ of Garnishment against garnishee defendant Huron Valley Schools for the amount of the judgment (*see* docket item No.45) and served that garnishment on March 23, 2007 (*see* docket item No.47). Pursuant to M.C.R.3.101(H)(made applicable herein by Fed.R.Civ.P.64), garnishee defendant Huron Valley Schools was obligated to submit a verified disclosure to plaintiffs, defendants, and this Court within 14 days of service of that writ (i.e., by April 6, 2007). The garnishee defendant has failed to

submit that disclosure within deadline for doing so, has not moved for an extension of the time for doing so pursuant to M.C.R.3.101(T)(1), and that deadline was not otherwise extended by this Court. Accordingly, the default of garnishee defendant Huron Valley Schools was entered on April 12, 2007. *See* docket item No.51. Consequently, pursuant to the provisions of M.C.R.3.101(S)(1), 3.101(G)(2), and 3.101(O)(1), default judgment is hereby entered against garnishee defendant Huron Valley Schools and plaintiffs are awarded $110,485.15 and shall have execution thereof.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: April 18, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 18, 2007.

s/Denise Goodine
Case Manager

2