**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

LABORERS PENSION TRUST FUND
DETROIT AND VICINITY, et al.,

                CASE NO. 05-CV-71995

     Plaintiffs,

                PAUL D. BORMAN
-vs-                UNITED STATES DISTRICT JUDGE

H&H CONSTRUCTORS, INC., et al.,

     Defendants, and

HURON VALLEY SCHOOLS,

     Garnishee Defendant.
_____/

## ORDER NOTIFYING PARTIES
## THAT THIRD PARTY GARNISHEE'S MOTION TO SET ASIDE DEFAULT AND DEFAULT JUDGMENT WILL BE DECIDED UPON THE BRIEFS

Pursuant to E.D. Mich. L. R. 7.1(e)(2), the Court hereby notifies the parties that it will make a decision on Third Party Garnishee's Motion to Set Aside Default and Default Judgment (Doc. No. 55) on the parties' submitted briefs without holding a hearing. Accordingly, the Court cancels the motion hearing scheduled for June 27, 2007.

**SO ORDERED**.

                                              s/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: June 22, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 22, 2007.

                                                s/Denise Goodine
                                                Case Manager